FILED

JUN 30 2014

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DELONTE FORD,                              )
                                           )
                 Plaintiff,                )
                                           )
        v.                                 )      Civil Action No. 14-1100
                                           )
WILLIAM C. SMITH & COMPANY, INC., *et al.*, )
                                           )
                 Defendants.               )

## MEMORANDUM OPINION

This matter comes before the court on review of plaintiff's application to proceed *in forma pauperis* and *pro se* civil complaint. The Court will grant the application, and dismiss the complaint.

It appears that an action has been brought against plaintiff in the Superior Court of the District of Columbia, Landlord and Tenant Branch, and that plaintiff's "eviction is eminent [sic]." Compl. at 1. He drafts his complaint as if he were bringing a counterclaim against those who initiated the Superior Court action. *See id.* For reasons unknown, plaintiff quotes two provisions of the United States Constitution, one pertaining to the apportionment of taxes, *see* U.S. CONST. art. I § 2 cl. 3, and the other granting to "[t]he Citizens of each State . . . all the Privileges and Immunities of Citizens in the several States," U.S. CONST. art. IV § 2. Plaintiff makes a vague reference to a constitutionally protected right to property, *see* Compl. at 2, and, lastly, demands a judgment in his favor and damages of "$1,000,000,000.00 USD or mineral equivalent," *id.*

*N*                                                                              3

The Court has reviewed plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). This complaint does not demonstrate that plaintiff's claims "aris[e] under the Constitution, laws, or treaties of the United States," 28 U.S.C. § 1331, notwithstanding plaintiff's mere suggestion of a constitutional right to property. Nor does it appear that the parties are citizens of different States for purposes of establishing diversity jurisdiction. *See* 28 U.S.C. § 1332(a). Furthermore, the complaint fails to articulate a claim showing plaintiff's entitlement to relief. Accordingly, the Court will dismiss this action without prejudice. An Order consistent with this Memorandum Opinion is issued separately.

United States District Judge

DATE: